IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **ODETTE VIEYRA,** *et al.* | * |
| | *   Civil No.: 1:24-cv-01711-JKB |
| **Plaintiffs,** | * |
| | * |
| vs. | * |
| | * |
| **MEGABUS NORTHEAST, LLC** | * |
| **d/b/a Megabus.com, et al.** | * |
| | * |
| **Defendants.** | * |

## SUBSTITUTION OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Christopher J. Gowen, on behalf of the Defendants, Megabus Northeast, LLC d/b/a Megabus.com, Megabus USA, LLC d/b/a Megabus.com and Coach USA, strike the appearance of Christopher R. Dunn, and continue the appearance of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP.

        Respectfully submitted,

        DeCARO, DORAN, SICILIANO,
        GALLAGHER & DeBLASIS, LLP

By:   /s/ Christopher J. Gowen
       Christopher J. Gowen, #120712004
       17251 Melford Boulevard, Suite 200
       Bowie, Maryland 20715
       Tel:   301/352-4950
       Fax:   301/352-8691
       Email: cgowen@decarodoran.com
       ***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2025, the foregoing Substitution of Appearance was delivered via electronic file and serve, to:

Brendan J. Klaproth, Esq., Klaproth Law PLLC
2300 Wisconsin Avenue, NW, Suite 100A
Washington, DC 20007 (202)618-2344
***Counsel for Plaintiff***

*/s/ Christopher J. Gowen*
Christopher J. Gowen